IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TERRY DENNIS TAYLOR,**
      **Plaintiff,**

vs.                              Case No.: 3:05cv206/MCR/MD

**ESCAMBIA COUNTY JAIL,**
      **Defendant.**
_____

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action in June of 2005 by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 and a motion to proceed *in forma pauperis*. (Docs. 1 & 2).

On September 6, 2005 this court entered an order directing plaintiff to submit an amended complaint within thirty days. (Doc. 8). Plaintiff was warned that his failure to do so would result in a recommendation of dismissal of this action. Plaintiff did not respond to the order. Accordingly, on October 17, 2005 the court issued an order requiring plaintiff to show cause within twenty (20) days why this case should not be dismissed for his failure to prosecute and failure to comply with an order of the court. (Doc. 9). Over forty days has elapsed since that date, and plaintiff has not responded to the order.

Accordingly, it is respectfully RECOMMENDED:

That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court, and that the clerk be directed to close the file.

DONE AND ORDERED this 20th day of December, 2005.

                                  /s/ *Miles Davis*
                                **MILES DAVIS**
                                **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  See 28 U.S.C. § 636;** *United States v. Roberts***, 858 F.2d 698, 701 (11th Cir. 1988).**